

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2016

No. 04-16-00464-CV

Omar Alonso **GONZALES** dba Alonso Diesel,
Appellants

v.

Luis **GALVAN** and Alamo Grading, LLC,
Appellees

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2015CV04916
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The reporter's record was originally due on August 30, 2016. Ms. Kay Counseller is the court reporter responsible for preparing, certifying, and filing the reporter's record in this appeal. On August 30, 2016, Ms. Counseller filed a Notification of Late Record, stating that the reporter's record has not been filed because appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record.

If appellant desires a reporter's record, and has not already done so, appellant is hereby ORDERED to (1) request in writing, **no later than September 12, 2016**, that a reporter's record be prepared and (2) designate in writing, **no later than September 12, 2016**, the exhibits and those portions of the record to be included in the reporter's record. *Id.* The appellant is hereby ORDERED to file a copy of the request with both the trial court clerk, *id.* at 34.6(b)(2), and this court **no later than September 12, 2016**.

It is also ORDERED that appellant provide written proof to this court **no later than September 12, 2016** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to provide such written proof within the time provided, the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2016.



Keith E. Hottle
Clerk of Court